### STATE v. HARVEY.
(Opinion filed, Oct. 12, 1909.)

Error to Circuit Court, Lyman County. Hon. FRANK B. SMITH, Judge.

John Harvey was convicted of an offense, and brings error. Affirmed.

*G. P. Harben*, for plaintiff in error. *Philo Hall*, Atty. Gen., *Aubrey Lawrence*, Asst. Atty. Gen., and *Wm. Williamson, Jr.*, State's Atty., for the State.

CORSON, J. The information, . verdict, judgment, and questions presented for review in this case are practically the same as those in the case of State of South Dakota v. Addison Gilbert, reported in 21 S. D. 204, 111 N. W. 538, and was submitted upon briefs substantially the same as in that case.

For the reasons stated in the opinion in State v. Gilbert, the judgment of the circuit court and order denying a new trial are affirmed.